DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARCOS E. OROZCO** a/k/a **MARCOS OROZCO** a/k/a **MARCOS EDUARDO OROZCO** a/k/a **MARK E. OROZCO,**
Appellant,

v.

**AMERICAN EXPRESS NATIONAL BANK** f/k/a **AMERICAN EXPRESS** f/k/a **AMERICAN EXPRESS CENTURION BANK,**
Appellee.

No. 4D22-1541

[June 29, 2023]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; John J. Parnofiello, Judge; L.T. Case No. 502020CC011409.

Gregory Light of Light & Gonzalez, PLLC, Plantation, for appellant.

Brian C. Frontino and Alisa M. Taormina of Stroock & Stroock & Lavan LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***